

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 226-1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Marlon Smith | | |

**DOCKET ENTRY TEXT**

The Government's Oral Motion to Unseal Complaint, Affidavit and Arrest Warrant, is granted.

No notices required

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|