



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 1, 2008

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**FILED**

Clerk of the United States District Court
2240 Everett McKinley Dirksen
219 South Dearborn Street
Chicago, IL 60604

MAY - 6 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Re:   Transfer to U.S. Magistrate Judge

Case No. Our Case No. MJ08-1050 / Your Case No. 08CR226

Case Title: USA v Marlon Smith

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  NFPV Document - Financial Affidavit, Document #8

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Janet Aghbolaghi
Deputy Clerk 213-894-1527

cc:   *U.S. Attorney (Central District of California)*
      *U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

_____           By _____
Date                                  Deputy Clerk

CR-48 (01/01)                         LETTER RE: RULE 40 - TRANSFER OUT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:08-mj-01050-DUTY All Defendants

Case title: USA v. Smith

Date Filed: 04/29/2008
Date Terminated: 04/29/2008

Assigned to: Duty Magistrate Judge

**Defendant**

**Marlon Smith** (1)
*TERMINATED: 04/29/2008*
*also known as*
Dread (1)
*TERMINATED: 04/29/2008*

represented by **Kimberly Alison Savo**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-7336
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 5/5/09 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 21:841(a)(1)

**Disposition**

Defendant HELD to ANSWER to the USDC, Northern District of Illinois at Chicago.

**Plaintiff**

USA

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434

Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3) filed as to defendant Marlon Smith, originating in the Northern District of Illinois. Defendant charged in violation of: 21:841(a)(1). Signed by agent Richard J. Hernandez, FBI, Special Agent. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Marlon Smith; defendant's Year of Birth: 1978; date of arrest: 4/29/2008 (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 3 | Defendant Marlon Smith arrested on warrant issued by the USDC Northern District of Illinois at Chicago. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Carla Woehrle as to Defendant Marlon Smith Defendant arraigned and states true name is as charged. Attorney: Kimberly Alison Savo for Marlon Smith, DFPD, present. Governments request for detention is GRANTED. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Northern District of Illinois at Chicago (fortwith). Warrant of Removal and final commitment to issue. Court Smart: CS 4/29/08. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Marlon Smith (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 6 | ORDER OF DETENTION by Magistrate Judge Carla Woehrle as to Defendant Marlon Smith. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Carla Woehrle as to Defendant Marlon Smith. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Marlon Smith. (ja) (Entered: 05/01/2008) |
| 04/29/2008 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Carla Woehrle that Defendant Marlon Smith be removed to the Northern District of Illinois (Attachments: # 1 Letter Rule 5(c)(3) - Transfer Out) (ja) (Entered: 05/01/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2008 15:52:17 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-01050-DUTY |
| Billable Pages: | 2 | Cost: | 0.16 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED 2008 APR 29 PM 1:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES BY

USA

PLAINTIFF(S)

v.

CASE NUMBER: 08 1050M

Smith, Marlon    DEFENDANT(S).

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: US District Court
in the Northern District of Illinois on 03/18/2008
at 11:30 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841(a)(1)
to wit: Distribution of in excess 50 grams Crack Cocaine

A warrant for defendant's arrest was issued by: Arlander Keys, US Magistrate

Bond of $ no was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 4-29-08, by

Meroni Warren (W), Deputy Clerk.

Signature of Agent

Print Name of Agent: Richard J. Hernandez

Agency: FBI

Title: Special Agent

CR-52 (05/98)

I hereby attest and certify on 5/2/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

I hereby attest and certify on 5/2/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

**CLERK U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

__JANET AGHROLAGHI__
DEPUTY CLERK



FILED

2008 APR 29 PM 1:20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Smith, Marlon DEFENDANT(S). | CASE NUMBER **08 1050M** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  04/29/2008, 11:30  ☒ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21 USC 841(a)(1)

3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown

5. Year of Birth: 1978

6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): _____

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: DUTY

11. Remarks (if any): _____

12. Date: 04/29/08                    13. Signature: _____
14. Name: Richard J. Hernandez        15. Title: Special Agent

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | Western Division | |
|---|---|---|---|
| | Plaintiff, | | |
| vs. | | Case Number: 2:08-MJ-01050 | Out of District Affidavit |
| | | Initial App. Date: 04/29/2008 | Initial App. Time: 3:00 PM |
| Marlon Smith | | | |
| | Defendant. | Date Filed: 04/29/2008 | |
| | | Violation: 21:841(a)(1) | |
| | | CourtSmart: CS-04-29 | |

**PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET**
**MAGISTRATE JUDGE: Carla Woehrle** | **LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Donna Y. Thomas    Jean Claude Andre    None
          Deputy Clerk       Assistant U.S. Attorney    Interpreter/Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Kim Savo, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ __Detained__ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to __Northern__ District of __Illinois @ Chicago__ (forthwith)
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☑ Warrant of removal and final commitment to issue.
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
☐ Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA  ☐ FINANCIAL  ☐ READY
                                          Deputy Clerk Initials: DT

I hereby attest and certify on 5/2/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

M-5 (03/07)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**JANET AGHBOLAGHI**
DEPUTY CLERK

1182

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney              ORIGINAL
 3  Chief, Criminal Division
    JEAN-CLAUDE ANDRÉ (Cal. Bar No. 213538)
 4  Assistant United States Attorney
         1200 United States Courthouse            FILED
 5       312 North Spring Street                  CLERK, U.S. DISTRICT COURT
         Los Angeles, California  90012
 6       Telephone: (213) 894-0705                APR 29 2008
         Facsimile: (213) 894-0141
 7       E-mail: jean-claude.andre@usdoj.gov      CENTRAL DISTRICT OF CALIFORNIA
                                                  BY            DEPUTY
 8  Attorneys for Plaintiff
    United States of America
 9
10              UNITED STATES DISTRICT COURT
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12  UNITED STATES OF AMERICA,   )  CR No. 08-mJ-1050
                                )
13           Plaintiff,         )
                                )  GOVERNMENT'S NOTICE OF REQUEST
14                              )  FOR DETENTION
         v.                     )
15                              )
    MARLON SMITH,               )
16       aka "Dread,"           )
                                )
17           Defendant.         )
                                )
18  ─────────────────────────────
```

I hereby attest and certify on 5/1/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK  1182

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    ____ 1.  **Temporary 10-day Detention Requested (§ 3142(d))**
        **on the following grounds**:

        ____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); **or**

        ____ b. defendant is an alien not lawfully admitted for permanent residence; **and**

```
 1              ____  c. defendant may flee; or
 2              ____  d. pose a danger to another or the community.
 3     __X__ 2. Pretrial Detention Requested (§ 3142(e)) because no
 4              condition or combination of conditions will
 5              reasonably assure:
 6         __X__ a. the appearance of the defendant as required;
 7         __X__ b. safety of any other person and the community.
 8     ____  3. Detention Requested Pending Supervised
 9              Release/Probation Revocation Hearing (Rules
10              32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
11         ____  a. defendant cannot establish by clear and
12                 convincing evidence that he/she will not pose a
13                 danger to any other person or to the community;
14         ____  b. defendant cannot establish by clear and
15                 convincing evidence that he/she will not flee.
16     __X__ 4. Presumptions Applicable to Pretrial Detention (18
17              U.S.C. § 3142(e)):
18         __X__ a. Title 21 or Maritime Drug Law Enforcement Act
19                 ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
20                 with 10-year or greater maximum penalty
21                 (presumption of danger to community and flight
22                 risk);
23         ____  b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,
24                 or 2332b(g)(5)(B) with 10-year or greater maximum
25                 penalty (presumption of danger to community and
26                 flight risk);
27         ____  c. offense involving a minor victim under 18 U.S.C.
28
```

2

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

    d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

__X__ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

    a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

    b. an offense for which maximum sentence is life imprisonment or death;

__X__ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

|   |   |    |
|---|---|----|
| ___ | d. | any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| ___ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| _X_ | f. | serious risk defendant will flee; |
| ___ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| ___ | 6. | Government requests continuance of ____ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____
_____
_____

///
///
///
///

```
 1        ___    7.   Good cause for continuance in excess of three days
 2                    exists in that:
 3               _____
 4               _____
 5               _____
 6
 7   DATED: April 29, 2008              Respectfully submitted,
 8                                      THOMAS P. O'BRIEN
                                        United States Attorney
 9
                                        CHRISTINE C. EWELL
10                                      Assistant United States Attorney
                                        Chief, Criminal Division
11
12                                      /s/ Jean-Claude André
                                        _____
13                                      JEAN-CLAUDE ANDRÉ
                                        Assistant United States Attorney
14
                                        Attorneys for Plaintiff
15                                      UNITED STATES OF AMERICA
16
17
18
19
20
21
22
23
24
25
26
27
28
```

I hereby attest and certify on 5/2/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Marlon Smith, <br><br> Defendant. | CASE NO. 08-1050M <br><br> ORDER OF DETENTION |

I.

A. ( )   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. (X)   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (X)   On motion by the Government / ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

Page 1 of 4

1   allegedly involving:

2   ⊠ On the further allegation by the Government of:

3   1. ⊠ a serious risk that the defendant will flee.

4   2. ( ) a serious risk that the defendant will:

5   a. ( ) obstruct or attempt to obstruct justice.

6   b. ( ) threaten, injure, or intimidate a prospective witness or juror or
7   attempt to do so.

8   C. The Government ⊠ is/ ( ) is not entitled to a rebuttable presumption that no
9   condition or combination of conditions will reasonably assure the defendant's
10  appearance as required and the safety of any person or the community.

11

12                                   II.

13  A. ⊠ The Court finds that no condition or combination of conditions will
14        reasonably assure:

15  1. ⊠ the appearance of the defendant as required.

16      ⊠ and/or

17  2. ⊠ the safety of any person or the community.

18  B. ⊠ The Court finds that the defendant has not rebutted by sufficient
19        evidence to the contrary the presumption provided by statute.

20

21                                   III.

22  The Court has considered:

23  A. the nature and circumstances of the offense(s) charged, including whether the
24     offense is a crime of violence, a Federal crime of terrorism, or involves a minor
25     victim or a controlled substance, firearm, explosive, or destructive device;

26  B. the weight of evidence against the defendant;

27  C. the history and characteristics of the defendant; and

28  D. the nature and seriousness of the danger to any person or to the community.

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A. [X]   As to flight risk: _____
- lack of information re: personal history
- nature & circumstances of instant offense
- unknown bail resources

B. [X]   As to danger: _____
- alleged offense
- prior criminal history

VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(I))

1  B. The Court bases the foregoing finding(s) on the following: _____

2  _____

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: April 29, 2008

_____
UNITED STATES MAGISTRATE JUDGE
CARLA M. WOEHRLE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

Page 4 of 4

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MARLON SMITH DEFENDANT. | CASE NUMBER: 08-1050M WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the **Northern** District of **Illinois** alleging violation of **21 § 841**
(Title and Section / Probation / Supervised Release)
and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

-Check one only-

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☑ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing but I request that a preliminary examination be held in the prosecuting

5/2/08

I hereby attest and certify that the foregoing document is a full, true and correct copy of the original file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

_M. Smith_
Defendant

_(signature)_
Defense Counsel

_Carla M. Woehrle_
United States Magistrate Judge

Date: 4/29/08

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

| | FOR | |
|---|---|---|
| U.S. vs. SMITH, MARLON | CA CENTRAL LOS ANGELES | LOCATION NUMBER: 05801 |

FILED APR 29 2008 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): SAME

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 08-mj-1050
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

21 §841

NFPV

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 12/07
How much did you earn per month? $ ~1,200

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: 4 yrs

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| phone bill | | $ | $60 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/29/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ M. Smith

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

FILED
CLERK, U.S. DISTRICT COURT

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff, | 08-MJ-01050 |
| v. | |
| MARLON Smith, | FINAL COMMITMENT AND WARRANT OF REMOVAL TO |
| | Northern DISTRICT OF Illinois |
| Defendant. | AT Chicago |
| | (City) |

**TO: UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☒ filing of a complaint before a U.S. Magistrate Judge

☐ an indictment by a Grand Jury

☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 2/22/2007, in the District of Origin, the defendant did : **KNOWINGLY POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**

in violation of Title(s) 21, U.S.C., Section(s) 841(a)(1)                . The defendant has now:-

☒ duly waived identity hearing before me on April 29, 2008.

☐ duly waived preliminary examination before me on _____.

☐ had a hearing before me on _____, _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and

　　☐ BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
　　☒ NO BAIL HAS BEEN SET.
　　☒ PERMANENT DETENTION HAS BEEN ORDERED.
　　☐ TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: April 29, 2008

_____
UNITED STATES MAGISTRATE JUDGE

**RETURN**

Received this commitment and designated prisoner on _____, 2007, and on _____ 2007, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

DATED: _____   By _____, Deputy

M-15 (08/99)        FINAL COMMITMENT AND WARRANT OF REMOVAL