UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 226 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 21, United States |
| MARLON SMITH, | ) | Code, Section 841(a)(1) |
| also known as "DREAD" and | ) | |
| "BRIAN C. WEBSTER" | ) | |

**JUDGE ZAGEL**

**MAGISTRATE JUDGE KEYS**

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 22, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

MARLON SMITH,
also known as "DREAD" and "BRIAN C. WEBSTER"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**FILED**

MAY 2 7 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY