③                                                                    *TC*

*Felony*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

# 0 8CR     226

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☐ **YES** X  If the answer is "Yes", list the case number and title of the earliest filed complaint:

   08 CR 226 US v. Smith   *Keys*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   **NO** X **YES** ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?   **NO** X   **YES** ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO** X   **YES** ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?        **NO** X   **YES** ☐

6) What level of offense is this indictment or information?        **FELONY** X   **MISDEMEANOR** ☐

7) Does this indictment or information involve eight or more defendants?        **NO** X   **YES** ☐

8) Does this indictment or information include a conspiracy count?        **NO** X   **YES** ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ............ (II) | ☐ X DAPCA Controlled Substances .. (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws .............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act .............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............ (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ............ (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, United States Code, Section 841(a)(1)

# FILED

## MAY 2 7 2008  T C

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Maureen Merin
Assistant United States Attorney

JUDGE ZAGEL

MAGISTRATE JUDGE KEYS