UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 226 |
| v. | ) | |
| Marlon Smith | ) | Judge James B. Zagel |
| | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s:/ Maureen Merin
Maureen Merin
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1475

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

was served on May 30, 2008 in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

|  |  |
|---|---|
| By: | s:/ Maureen Merin |
|  | Maureen Merin |
|  | Assistant United States Attorney |
|  | 219 South Dearborn Street |
|  | Chicago, Illinois 60604 |
|  | (312) 353-1475 |