Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 226-1 | DATE | 5/30/08 |
| CASE TITLE | USA vs. Marlon Smith | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 6/6/08. Pretrial motions to be filed by 6/20/08. Responses to pretrial motions are due by 7/7/08. Status hearing before Judge Zagel set for 7/22/08 at 10:00 a.m. The Defendant to remain in custody. Time is excluded pursuant to 18:3161(h)(1). *AL*  Xt1

No notices required

| | Courtroom Deputy Initials: | AC |
|---|---|---|